

NUMBER 13-12-00343-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

VALLEY BAPTIST MEDICAL CENTER, IN ITS
ASSUMED OR COMMON NAME, PREVIOUSLY
NAMED AS VALLEY BAPTIST HOSPITAL,　　　　　　　　　Appellant,

v.

SHARON SATTERFIELD, INDIVIDUALLY AND
AS REPRESENTATIVE OF THE ESTATE OF
ALFRED DEAN SATTERFIELD, DECEASED,
AND TALMAN RAY SATTERFIELD, INDIVIDUALLY,　　　　　Appellees.

On appeal from the 357th District Court
of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Perkes**
**Memorandum Opinion Per Curiam**

Appellant, Valley Baptist Medical Center, in its assumed or common name,

previously named as Valley Baptist Hospital, perfected an appeal from a judgment

entered by the 357th District Court of Cameron County, Texas, in cause number 2011-DCL-5956-E. Appellant has filed a motion to dismiss the appeal on grounds it no longer wishes to pursue this interlocutory appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
16th day of August, 2012.